1  Kevin K. Fitzgerald (CA SBN 100682)
   kkfitzgerald@jonesbell.com
2  **JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
   601 South Figueroa Street, Suite 3460
3  Los Angeles, California 90017-5759
   Telephone: (213) 485-1555
4  Facsimile: (213) 689-1004

5  Attorneys for Plaintiff Wells Fargo Clearing Services, LLC,
   dba Wells Fargo Advisors

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO CLEARING SERVICES, LLC, dba WELLS FARGO ADVISORS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. FOSTER,<br><br>Defendant. | **Case Number: 3:18-CV-0032-MMD-VPC**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant James F. Foster pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 30, 2019     **JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**

By: /s/ *Kevin K. Fitzgerald*
    Kevin K. Fitzgerald (CA SBN 100682)
Attorneys for Plaintiff Wells Fargo Clearing Services, LLC,
dba Wells Fargo Advisors

| | | |
|---|---|---|
| 1 | Dated: May 30, 2019 | **GREENSFELDER, HEMKER & GALE, P.C.** |
| 2 | | |
| 3 | | By: */s/ James H. Ferrick, III* |
| | | JAMES H. FERRICK, III (MO SBN 45404) |
| 4 | | JASMINE Y. McCORMICK (MO SBN 66386) |
| | | Attorneys for Defendant James F. Foster |
| 5 | | |
| 6 | | CASE DISMISSED. |
| | | IT IS SO ORDERED. |
| 7 | | |
| 8 | Dated: May 31, 2019 | |
| 9 | | U.S. District Judge |